[*251]  *WADDINGTON *against* CHAMBERLAIN AND CLASON.

The court will renew a rule for an attachment if it has not been forwarded by the clerk in time to be duly served.

LAST term the court had, in this suit, granted a rule to show cause why an attachment should not issue against A. B., but from some accident in the clerk's office, in Albany, the rule had not been forwarded, so as to admit of serving a copy twenty days before the term.

*Riggs*, on these facts, moved to renew the rule for the attachment, which was

Ordered accordingly.